partment. July 26, 1898.) Action by Lulu B. Mott against James O. Sebring. No opinion. Judgment affirmed, with costs.

MOUNT, Appellant, v. HUMBLEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by Hiram Mount against Robert H. Humbley and others. No opinion. Judgment affirmed, with costs, on the opinion of McLennan, J., delivered at special term. 50 N. Y. Supp. 813.

MOUNT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by John S. Mount against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re MURPHY. (Supreme Court, Appellate Division, Second Department. June 14, 1898.) In the matter of the appraisal under the transfer tax act of the property of Mary Ann Murphy, deceased, William E. Murphy, executor, appealed. No opinion. Order affirmed, with $10 costs and disbursements, on authority of In re Offerman, 25 App. Div. 94, 48 N. Y. Supp. 993.

MURPHY, Respondent, v. CITY OF NIAGARA FALLS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March Term, 1898.) Action by William Murphy against the City of Niagara Falls and others. No opinion. Order affirmed, with $10 costs and disbursements. See Godley v. Salt Co., 3 App. Div. 17, 37 N. Y. Supp. 988.

MUSSEN, Appellant, v. ALLEN, Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by John F. Mussen against Clifford H. Allen. No opinion. Judgment affirmed, with costs.

MYERS v. ROSS. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Frederick S. Myers against Maria Ross, individually, etc. No opinion. Motion granted, with $10 costs.

NATIONAL HARROW CO. v. BEMENT et al. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by the National Harrow Company against E. Bement & Sons. No opinion. Motion to dismiss the appeal granted, with $10 costs. See 47 N. Y. Supp. 462, 48 N. Y. Supp. 1110.

NATIONAL HUDSON RIVER BANK v. CHASKIN et al. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by the National Hudson River Bank against Arthur Chaskin and others. No opinion. Motion denied, with $10 costs.

NAUMER, Appellant, v. GRAY, Respondent. (Supreme Court, Appellate Division, Second De-

partment. June 14, 1898.) Action by John Naumer against Pendleton B. Gray. No opinion. Motion for reargument denied, without costs. The technical objections discussed on this application could have been remedied on the trial by amendment, and the case below was disposed of on other grounds. See 51 N. Y. Supp. 222.

NAYLOR, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 11, 1898.) Action by Mary C. Naylor against the Brooklyn Heights Railroad Company. No opinion. Appeal dismissed, without costs, by consent.

NORTON v. THIRD AVE. R. CO. (Supreme Court, Appellate Division, First Department. March Term, 1898.) Action by Sarah A. Norton against the Third Avenue Railroad Company. No opinion. Motion denied. See 49 N. Y. Supp. 898.

In re OLMSTEAD. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) In the matter of the application of E. Benton Olmstead for admission as an attorney and counselor at law. No opinion. Allowed.

O'ROURKE, Respondent, v. FEIST, Appellant. (Supreme Court, Appellate Term. October 5, 1898.) Action by Minnie O'Rourke against Simon Feist. Benjamin Steinhardt, for appellant. John M. Lathrop, for respondent.

PER CURIAM. The case of Berg v. Parsons, 156 N. Y. 109, 50 N. E. 957, is not an authority adverse to the conclusions arrived at in the case of Randolph v. Feist, 23 Misc. Rep. 650, 52 N. Y. Supp. 109, which we consider controls the disposition of the case at bar. The facts on which the former case rests are quite different from those in Randolph v. Feist, and in the present case, and the remarks of the judge, giving the opinion of the majority of the court of appeals, on which counsel for the appellant lays stress, are mere dicta, unnecessary to the decision of the case. The judgment must be affirmed, with costs. Judgment affirmed, with costs.

PARISOT, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 11, 1898.) Action by Marie Parisot against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce recovery of damages to the sum of $7,000, and extra allowance proportionately, in which case the judgment as modified is unanimously affirmed, without costs of this appeal to either party. BARTLETT, J., dissents only as to the extent of the reduction of the recovery, which he thinks too great.

PARKER, Respondent, v. VAN VECHTEN, Appellant. (Supreme Court, Appellate